UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MC-60850

IN RE: $499,880.00 IN U.S. CURRENCY
(CATS NO. 20-DEA-665012)
_____/

UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE CIVIL FORFEITURE COMPLAINT OR TO ALLEGE CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America (the "United States") files this *Unopposed Motion for Enlargement of Time to File Civil Forfeiture Complaint or to Allege Criminal Forfeiture*. In support of this Motion, the United States alleges as follows:

1. On or about June 24, 2020, Drug Enforcement Administration ("DEA") agents seized $499,880.00 in United States currency ("Seized Asset").

2. DEA assigned CATS No. 20-DEA-665012 to the Seized Asset, initiated administrative forfeiture proceedings, and sent written notices of seizure to potential claimants in accordance with 18 U.S.C. § 983(a)(1)(A).

3. On November 23, 2020, ALFREDO MARIN PARAGUAN[1] filed a claim to the Seized Asset, and DEA subsequently referred this matter to the U.S. Attorney's Office for the Southern District of Florida.

4. The time has expired for any person to file a claim to the Seized Asset under 18 U.S.C. § 983(a)(2)(A)-(E). No other person has filed a claim to the property as required by law in the nonjudicial civil forfeiture proceeding.

---

[1] Mr. Alfredo Marin Paraguan is listed as the claimant on the form although Mr. Marin Paraguan also references KTMAR LLC, as the applicable business/institution name on claimant form.

5. Pursuant to 18 U.S.C. § 983(a)(3), within 90 days after a claim is filed, the United States is required to file a civil forfeiture complaint or obtain a criminal indictment containing an allegation that the property is subject to forfeiture. Ninety days from November 23, 2020, yields a deadline of February 21, 2021. However, the Court may extend the period for filing a civil forfeiture complaint for good cause shown or upon agreement of the Parties.[2]

6. Pursuant to 18 U.S.C. § 983(a)(3)(A) - (C), and Administrative Order 2020-58, *Third Order Extending CAFRA Deadlines for Certain Administrative-Forfeiture Seizures*, the deadline for the United States to file a civil forfeiture complaint or to obtain an indictment alleging that the Seized Asset is subject to forfeiture is extended by 60 days, which would render a new deadline of April 22, 2021. The Parties have now agreed to extend this deadline by 45 days, up to and including, June 6, 2021.

7. Claimant, through Claimant's counsel, has knowingly, intelligently, and voluntarily agreed to give up any right it may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than April 22, 2021, and any right Claimant may have to seek dismissal of any complaint and/or any indictment on the ground that it was not filed

---

[2] The statute, in relevant part, reads:

> (A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

18 U.S.C. § 983(3)(A).

or returned on or before April 22, 2021.

8. In addition, there is good cause to extend the deadline from April 22, 2021, to June 6, 2021, as the requested extension would afford the Parties additional time to potentially resolve this matter without litigation.

WHEREFORE, the United States respectfully requests that the Court grant this motion and provide that the United States will have through and including June 6, 2021, to file a civil forfeiture against $499,880.00 in U.S. currency (CATS No. 20-DEA-665012) or to allege criminal forfeiture of such property.   A proposed order is attached.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that the undersigned counsel has conferred with defense counsel via e-mail on April 14 and 20, 2021, and there is no objection to the relief sought.

        Respectfully submitted,

        **JUAN ANTONIO GONZALEZ**
        **ACTING UNITED STATES ATTORNEY**

By:    s/ Annika M. Miranda
        Annika M. Miranda
        Assistant United States Attorney
        Florida Bar No. 64975
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9303
        Facsimile: (305) 536-4089
        annika.miranda@usdoj.gov